IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| ATH SOUN, also known as SOUN ATH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 01-JEO-0457-M |
| | ) | |
| JOHN ASHCROFT, Attorney General; | ) | |
| UNITED STATES IMMIGRATION | ) | |
| AND NATURALIZATION SERVICE, | ) | |
| et al., | ) | |
| | ) | |
| Respondents. | ) | |

**MEMORANDUM OPINION**

The petitioner, Ath Soun, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The respondents filed a response to this court's order to show cause why the relief should not be granted. (Doc. 5). On April 4, 2002, the respondents filed a motion to dismiss the petition as being moot due to the fact that the petitioner has been released on INS supervised release. (Doc. 8). The court has afforded the petitioner an opportunity to respond and he has failed to do so.

Premised on the foregoing, the respondents' motion to dismiss as moot is due to be granted. Soun's petition for a writ of habeas corpus is due to be dismissed as moot. An appropriate order will be entered.

**DONE**, this 30th day of April, 2002.

UNITED STATES DISTRICT JUDGE

